**02D01-2203-CT-000142**

USDC IN/ND case 1:22-cv-00151-HAB-SLC   document 6   filed 03/28/22   page 1 of 3

Filed: 3/28/2022 9:50 AM
Clerk
Allen County, Indiana
SW

Allen Superior Court 1

| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| --- | --- | --- |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO._____ |

LEE J. SMITH,                )
                             )
    Plaintiff,        )
                             )
v.                           )
                             )
INTERNATIONAL PAPER          )
COMPANY,                     )
                             )
    Defendant.        )

## COMPLAINT

Plaintiff alleges against Defendant that:

1. The Plaintiff is Lee J. Smith is a Black/African-American male who filed an EEOC Charge of Discrimination on or about March 30, 2021, a copy of which is attached hereto, made a part hereof, and incorporated herein as Exhibit "A".

2. The EEOC issued a Dismissal and Notice of Rights on or about January 10, 2022 (Exhibit "B"), and this Complaint has been filed within ninety (90) days after receipt thereof.

3. Plaintiff alleges that he was discriminated against and discharged on account of his race and color contrary to the provisions of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*. ("Title VII"), and 42 U.S.C. § 1981 which prohibits discrimination with respect to the terms, conditions, privileges and benefits of employment, including the contractual benefits of at-will employment. Plaintiff's claims of race and color discrimination are based upon the facts and circumstances set

forth in Exhibit "A".

4. Plaintiff alleges that he was discriminated against and terminated for exercising his rights under the Family Medical Leave Act of 1993, 29 U.S.C. § 2601 *et seq*. ("FMLA") in that he went home on intermittent FMLA leave and was immediately thereafter suspended for five (5) days, allegedly for refusing to work in another department, but similarly situated Caucasian employees were not terminated or suspended for the exact same conduct.

5. As a direct and proximate result of the race discrimination and retaliation, and the use of FMLA time off, Plaintiff suffered the loss of his job and job-related benefits including income for which Plaintiff seeks compensatory damages. Plaintiff also seeks compensatory damages for emotional distress, mental anguish, humiliation and other like injuries.

6. Defendant acted intentionally and in reckless disregard of Plaintiff's federally protected rights warranting an imposition of punitive damages and liquidated damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for compensatory damages, punitive damages, liquidated damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**


/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:	(260) 424-0600
Facsimile:	(260) 424-0712
E-mail:		cmyers@myers-law.com
Counsel for Plaintiff